UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE EZELL,<br><br>            Petitioner,<br><br>         v.<br><br>NEIL MCDOWELL, Warden,<br><br>            Respondent. | Case No. 2:21-08482 AB (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 12), and all the records and files herein.  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Court approves and accepts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 12);

2. The Petition is denied and this case is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: December 20, 2022

_____
THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge