JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE EZELL, | Case No. 2:21-08482 AB (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| NEIL MCDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied and the case is dismissed in its entirety with prejudice.

DATED: December 20, 2022

_____
THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge